UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Keith Schoenfeld and Jennifer Schoenfeld,<br><br>Plaintiffs,<br><br>v.<br><br>Dr. Nicholas Yokan, Sioux Valley Hospital, Sanford Medical Center, Sioux Valley Hospitals & Health System, Sanford Health, Van Demark Orthopedic Specialists, Sioux Valley Clinic, Sanford Clinic Orthopedics and Sports Medicine, and Sanford Clinic,<br><br>Defendants. | Civil No. 08-4912 (DWF/FLN)<br><br><br><br>**ORDER FOR DISMISSAL**<br>**WITH PREJUDICE** |

Mark R. Kerfeld, Esq., Kerfeld Law Office PA; and Mark A. Smith, Esq., Wrobel & Smith, PLLP, counsel for Plaintiffs

Michael T. Andrews, Esq., Vogel Law Firm; and Bernard E. Reynolds, Esq.

Based upon the parties' Stipulation for Dismissal (Doc. No. [44]),

**IT IS ORDERED** that the Plaintiffs' Complaint and all claims asserted in the pleadings in this action are **DISMISSED WITH PREJUDICE** and without costs to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  March 10, 2010         s/Donovan W. Frank
                               DONOVAN W. FRANK
                               United States District Judge